**FILED**

JUN 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN DOUGLAS BRITTON,              )
                                    )
    Plaintiff,                  )
                                    )
v.                                  )        Civil Action No.  **08 1128**
                                    )
UNITED STATES OF AMERICA, *et al.*, )
                                    )
    Defendants.                 )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED without prejudice.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 6/19/08